Billy C. Wilkins #817648
1050 W. Commerce
Brownwood, Texas 76801

39,583-42
July 06, 2015

    In Re: Application for a Writ of Habeas Corpus
        The State of Texas v. Billy Charles Wilkins
        59th District Court    Grayson County, Texas
        Cause No. 062661-A

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 09 2015
Abel Acosta, Clerk

Mr. Abel Acosta, Clerk,

    On the 30th day of March, 2015, an original application for a writ of habeas corpus complaining that the district attorney is not authorized to institute prosecutions in a district court upon his independent act or of his own volition was mailed to the 59th District Court Clerk requesting it be filed. In return a complete copy was mailed back to me showing it had been filed on the 16th day of April, 2015. As to my knowledge to this date the 6th day of July, 2015 no further action has been taken.

    Article 11.07 of the Texas Code of Criminal Procedure affords the State 15 days to answer. After 15 days, the Court has 20 days in which it may order a hearing. If no order has been entered 35 days from the filing date, the petition will be forwarded to the Court of Criminal Appeals for there consideration.

    From the 16th day of April, 2015 until the 6th day of July, 2015 the Court has not gave a order for any hearing and there have been no notice from the Court of Criminal Appeals that this petition has been received for there consideration. Applicant moves this Court to order the District Clerk of the 59th District Court to make available to the Court of Criminal Appeals the application for Writ of Habeas Corpus filed the 16th day of April, 2015 in cause number 062661-A. Be advised, this application is not related to WR-39,583

    Thank you for your time and help with this matter.
                        Respectfully submitted,
                        Billy C. Wilkins